UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DAN MEDINA,                   )
     Plaintiff,               )
                              )
     v.                       )   C.A. No. 05-30120-MLW
                              )
ROBERT S. MUELLER, III,       )
ET AL,                        )
     Defendants.              )
```

ORDER
---

WOLF, D.J.                                              June 8, 2005

As plaintiff Dan Medina has sued me, among others, I hereby RECUSE myself and this case is RETURNED to the Clerk to be randomly redrawn.

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE