```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

DAN MEDINA,                         )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   No.  05cv30120
                                    )
ROBERT S. MUELLER, III, et al.      )
                                    )
      Defendants.                   )
                                    )
```

**MOTION TO DISMISS**

    The defendant, Robert S. Mueller, III, Director of the Federal Bureau of Investigation, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), moves to dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim.  A supporting memorandum of law accompanies this motion.

    The undersigned Assistant U.S. Attorney respectfully requests that she be excused from the conference requirements of Local Rule 7.1 because the pro se plaintiff is incarcerated.

    WHEREFORE, the defendant respectfully requests that the court dismiss the complaint.

                                                   Respectfully submitted,

                                               MICHAEL J. SULLIVAN
                                               United States Attorney

Dated: June 10, 2005               /s/Karen L. Goodwin
                       By: _____
                                        KAREN L. GOODWIN
                                        Assistant U.S. Attorney
                                        1550 Main Street
                                        Springfield, MA 01103

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Dan Medina
        P.O. Box 100
     S. Walpole, MA 02071

    Christopher O. Quaye
   Administrative Attorney
  Commonwealth of Massachusetts
Administrative Office of the Trial Courts
     Two Center Plaza
     Boston, MA 02108

        /s/Karen L. Goodwin
_____
        Karen L. Goodwin
        Assistant U.S. Attorney