UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30119, 05-30121,
05-30118, 05-30120 - RGS

DAN MEDINA

v.

JOSEPH L. TAURO, et al.

ORDER ON DEFENDANTS'
MOTION TO DISMISS

June 23, 2005

STEARNS, D.J.

Putting aside issues of immunity and subject matter jurisdiction, I fully agree with the government's observation that the four pending consolidated Complaints are incomprehensible and frivolous. See Neitzke v. Williams, 490 U.S. 319, 327 n.6 (1989). The cases will therefore be DISMISSED with prejudice.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE